**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kevin Roberson,            )<br>                          Plaintiff,  )<br>vs.                              )<br>A. Hedgpeth, et al.,         )<br>                          Defendants. ) | No. CV 1-08-668-DGC<br><br>**ORDER** |

Plaintiff Kevin Roberson filed a complaint against Defendants on May 14, 2008. On February 25, 2010, Defendants filed a motion to compel Plaintiff's deposition. Dkt. #32. Plaintiff did not respond to the motion. On April 30, 2010, the Court entered an order instructing Plaintiff to respond to Defendants' motion by May 21, 2010. Dkt. #33. The order warned Plaintiff that his action could be dismissed if he failed to prosecute this case or to comply with the Court's order. Plaintiff again has failed to respond.

Before dismissing a case for failure to prosecute or comply with court orders, the Court must weigh five factors: (1) the public's interest in expeditious resolution of litigation, (2) the Court's need to manage its docket, (3) the risk of prejudice to the defendants, (4) the public policy favoring disposition of cases on their merits, and (5) the availability of less drastic sanctions. *See Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986).

The first two factors favor dismissal. This case cannot be resolved expeditiously and the Court cannot manage its docket when Plaintiff refuses to comply with court orders. The third factor also favors dismissal. Defendants cannot defend themselves in this action when

1 Plaintiff refuses to provide required discovery. The fourth factor, as always, weighs against
2 dismissal. The fifth factor favors dismissal. When Plaintiff refuses to respond to clear court
3 orders, no sanction short of dismissal appears likely to move the case to a conclusion.

**IT IS ORDERED:**

1. This action is **dismissed** for failure to prosecute and failure to comply with court orders.
2. The Clerk shall enter judgment accordingly.

DATED this 22nd day of June, 2010.

_David G. Campbell_
David G. Campbell
United States District Judge